FILED

2007 MAY -2  AM 10: 44

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED·STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE NAPOLEON A. JONES, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>MIGUEL BARBA,<br><br>          Defendant. | Case No. 98CR0930-J<br><br>**ORDER AUTHORIZING<br>INTERNATIONAL TRAVEL ON<br>SUPERVISED RELEASE** |

Good cause appearing therefore,

IT IS HEREBY ORDERED that the conditions of supervised release be expanded to permit defendant Miguel Barba to travel to the Bahamas between the dates of May 11, 2007 and May 19, 2007.

**IT IS SO ORDERED:**

Dated: 5·1-07

_____
NAPOLEON A. JONES, JR.
UNITED STATES DISTRICT COURT JUDGE